**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION

COPY

**THE STATE OF TEXAS**

**TO:** **ALFRED SINGER**
**1300 FM 655**
**ROSHARON, TX 77583**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____
**Deputy**

## <u>OFFICER'S RETURN</u>

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE:**

## <u>ALFRED SINGER, 1300 FM 655, ROSHARON, TX 77583</u>

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ___.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy          $_____
Total                              $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,</u>
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
                (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION



**THE STATE OF TEXAS**

**TO:    THE STATE OF TEXAS by serving Secretary of State Carlos H. Cascos, at 1019 Brazos, Room 105, Austin, Texas 78701**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____
**Deputy**

## OFFICER'S RETURN

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE:** **THE STATE OF TEXAS by serving Secretary of State Carlos H. Cascos, at 1019 Brazos, Room 105, Austin, Texas 78701**

Came to hand on the ____ day of _____, 20 ____ at _____ o'clock ___.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy     $_____
Total                         $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

# REGULAR CITATION



**THE STATE OF TEXAS**

**TO:**   **THE TEXAS DEPARTMENT OF PUBLIC SAFETY by serving its Director, Steven C. McCraw, at 5805 North Lamar Blvd., Austin, Texas 78752**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____
**Deputy**

## OFFICER'S RETURN

24591　　　　　25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: THE TEXAS DEPARTMENT OF PUBLIC SAFETY by serving its Director, Steven C. McCraw, at 5805 North Lamar Blvd., Austin, Texas 78752**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
| | | |

And not executed as to the defendant(s), 

_____

The diligence used in finding said defendant(s) being: 

_____

and the cause or failure to execute this process is: 

_____

and the information received as to the whereabouts of said defendant(s) being: 

_____

**FEES:**
Serving Petition and Copy　　$_____
Total　　　　　　　　　　　$_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
　　　　　　　　　Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
　　　　　　(First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**



## REGULAR CITATION

**THE STATE OF TEXAS**

**TO:**   **THE CITY OF SAN FELIPE** by serving its Mayor, Bobby Byars, at 927 Sixth Street, San Felipe, Texas 77474

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____

**Deputy**

<u>**OFFICER'S RETURN**</u>

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE:** <u>**THE CITY OF SAN FELIPE by serving its Mayor, Bobby Byars, at 927 Sixth Street, San Felipe, Texas 77474**</u>

Came to hand on the _____ day of _____, 20____ at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____
and the cause or failure to execute this process is:

_____
and the information received as to the whereabouts of said defendant(s) being:

_____
**FEES:**
Serving Petition and Copy        $_____
Total                            $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

<u>**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**</u>
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
      (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25ᵀᴴ DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**



## REGULAR CITATION

### THE STATE OF TEXAS

**TO:    SAN FELIPE POLICE DEPARTMENT by serving its Mayor, Bobby Byars, at 927 Sixth Street, San Felipe, Texas 77474**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25ᵗʰ DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25ᵀᴴ DISTRICT COURT
Colorado County, Texas

By: _____
**Deputy**

## OFFICER'S RETURN

24591            25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN
FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY
SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY,
FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: <u>SAN FELIPE POLICE DEPARTMENT by serving its Mayor, Bobby Byars, at
927 Sixth Street, San Felipe, Texas 77474</u>**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of
the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
| | | |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____
and the cause or failure to execute this process is:

_____
and the information received as to the whereabouts of said defendant(s) being:

_____
**FEES:**
Serving Petition and Copy    $_____
Total                  $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury
must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
           (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

LINDA HOLMAN
25TH DISTRICT COURT
400 SPRING STREET, RM 103
COLUMBUS, TX 78934



ATTORNEY FOR PLAINTIFF
DAVID G GUTIERREZ
310 S. ST. MARY'S #2100 SAN
ANTONIO, TX 78205

## REGULAR CITATION



THE STATE OF TEXAS

TO:    THE CITY OF SEALY, TEXAS by serving its Mayor, Mark Stolarski, at 415 Main Street, Sealy, Texas
77474

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

LINDA HOLMAN, District Clerk
25TH DISTRICT COURT
Colorado County, Texas

By: _____
                                          Deputy

## OFFICER'S RETURN

24591          25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN
FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY
SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY,
FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE:** <u>THE CITY OF SEALY, TEXAS by serving its Mayor, Mark Stolarski, at</u>
<u>415 Main Street, Sealy, Texas 77474</u>

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of
the, at the following times and places, to wit:

**Name**                    **Date/Time**          **Place, Course and Distance from Courthouse**
_____          _____      _____
                                                    _____

And not executed as to the defendant(s),
_____

The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is: _____
_____
and the information received as to the whereabouts of said defendant(s) being: _____
_____

**FEES:**
Serving Petition and Copy      $_____
Total                          $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
                    Affiant

<u>**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**</u>
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury
must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
          (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25ᵀᴴ DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**



## REGULAR CITATION

**THE STATE OF TEXAS**

**TO:** **SEALY POLICE DEPARTMENT by serving Chief, Chirs Noble, at 1320 Rexville Road, Sealy, Texas 77474**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25ᵗʰ DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25ᵀᴴ DISTRICT COURT
Colorado County, Texas

By: _____
**Deputy**

## OFFICER'S RETURN

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: SEALY POLICE DEPARTMENT by serving Chief, Chirs Noble, at 1320 Rexville Road, Sealy, Texas 77474**

Came to hand on the ____ day of _____, 20 ____ at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy    $_____
Total                        $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
            (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

LINDA HOLMAN
25TH DISTRICT COURT
400 SPRING STREET, RM 103
COLUMBUS, TX 78934



ATTORNEY FOR PLAINTIFF
DAVID G GUTIERREZ
310 S. ST. MARY'S #2100 SAN
ANTONIO, TX 78205

## REGULAR CITATION



THE STATE OF TEXAS

TO:   COLORADO COUNTY, TEXAS by serving TY PRAUSE, Colorado County Judge, at 400 Spring Street, Room 107, Columbus, Texas 78934

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

LINDA HOLMAN, District Clerk
25TH DISTRICT COURT
Colorado County, Texas

By: _____

Deputy

## OFFICER'S RETURN

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN
FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY
SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY,
FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: COLORADO COUNTY, TEXAS by serving TY PRAUSE, Colorado County Judge,
at 400 Spring Street, Room 107, Columbus, Texas 78934**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ___.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of
the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy          $_____
Total                              $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury
must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
(First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION



**THE STATE OF TEXAS**

**TO: COLORADO COUNTY SHERIFF'S OFFICE by serving R.H. Wied, Colorado County Sheriff, at 2215 Walnut Street, Columbus, Texas 78934**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____

**Deputy**

## OFFICER'S RETURN

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE:  COLORADO COUNTY SHERIFF'S OFFICE by serving R.H. Wied, Colorado County Sheriff, at 2215 Walnut Street, Columbus, Texas 78934**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ___.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
| | | |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy     $_____
Total                                      $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
       (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION



### THE STATE OF TEXAS

**TO:**   **AUSTIN COUNTY, TEXAS by serving Tim Lapham, Austin County Judge, at One E. Main, Bellville, Texas 77418**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____

**Deputy**

## OFFICER'S RETURN

24591                 25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN
FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY
SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY,
FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: AUSTIN COUNTY, TEXAS by serving Tim Lapham, Austin County Judge, at One E. Main, Bellville, Texas 77418**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ___.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of
the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s),

_____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy     $_____
Total                        $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury
must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
             (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25ᵀᴴ DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION

COPY

**THE STATE OF TEXAS**

**TO: AUSTIN COUNTY SHERIFF'S OFFICE by serving Jack W. Brandes, Austin County Sheriff, at 417 N. Shesley Street, Bellville, Texas 77418**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25ᵗʰ DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25ᵀᴴ DISTRICT COURT
Colorado County, Texas

By: _____

**Deputy**

## <u>OFFICER'S RETURN</u>

24591                25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: <u>AUSTIN COUNTY SHERIFF'S OFFICE by serving Jack W. Brandes, Austin County Sheriff, at 417 N. Shesley Street, Bellville, Texas 77418</u>**

Came to hand on the ____ day of _____, 20 ____ at _____ o'clock ___.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy     $_____
Total     $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

LINDA HOLMAN
25TH DISTRICT COURT
400 SPRING STREET, RM 103
COLUMBUS, TX 78934



ATTORNEY FOR PLAINTIFF
DAVID G GUTIERREZ
310 S. ST. MARY'S #2100 SAN
ANTONIO, TX 78205

# REGULAR CITATION

**THE STATE OF TEXAS**



TO:     FAYETTE COUNTY, TEXAS by serving Ed Janecka, Fayette County Judge, at 151 N. Washington Street, Room 301, La Grange, Texas 78945

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

LINDA HOLMAN, District Clerk
25TH DISTRICT COURT
Colorado County, Texas

By: _____
                                    **Deputy**

## OFFICER'S RETURN

24591          25TH DISTRICT COURT

BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: <u>FAYETTE COUNTY, TEXAS by serving Ed Janecka, Fayette County Judge, at 151 N. Washington Street, Room 301, La Grange, Texas 78945</u>**

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
| | | |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy        $_____
Total                                         $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
          (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)

**LINDA HOLMAN**
**25TH DISTRICT COURT**
**400 SPRING STREET, RM 103**
**COLUMBUS, TX 78934**



**ATTORNEY FOR PLAINTIFF**
**DAVID G GUTIERREZ**
**310 S. ST. MARY'S #2100 SAN**
**ANTONIO, TX 78205**

## REGULAR CITATION



**THE STATE OF TEXAS**

**TO: FAYETTE COUNTY SHERIFF'S OFFICE** by serving Keith Korenek, Fayette County Sheriff, at 1646 North Jefferson, La Grange, Texas 78945

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition, at or before ten o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 25th DISTRICT COURT of Colorado County, Texas. Said petition was filed on 1st day of December, 2016 in this case, numbered 24591 on the docket of said Court, and styled,

BARBARA ORTIZ V. ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT., CITY OF SAN FELIPE, SEALY POLICE DEPT., CITY OF SEALY, COLORADO COUNTY SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE, AUSTIN COUNTY, FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Columbus, Texas this the 6th day of December, 2016.

**LINDA HOLMAN, District Clerk**
25TH DISTRICT COURT
Colorado County, Texas

By: _____

**Deputy**

## OFFICER'S RETURN

24591                    25TH DISTRICT COURT
BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN
FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY
SHERIFF'S OFFICE, COLORADO COUNTY, AUSTIN COUNTY SHERIFF'S OFFICE,AUSTIN COUNTY,
FAYETTE COUNTY SHERIFF'S OFFICE, FAYETTE COUNTY

**ADDRESS FOR SERVICE: FAYETTE COUNTY SHERIFF'S OFFICE by serving Keith Korenek, Fayette
County Sheriff, at 1646 North Jefferson, La Grange, Texas 78945**

Came to hand on the ____ day of _____, 20 ____ at _____ o'clock ___.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of
the, at the following times and places, to wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy        $_____
Total                            $_____

_____, Officer

_____, County Texas

By: _____, Deputy

_____
                    Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury
must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is _____
          (First, Middle, Last)

_____
(Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the ____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id# & expiration of certification)