Case 4:16-cv-03708    Document 1-3    Filed 12/21/16 in TXSD    Page 1 of 3

| Home ▽ | Cases ▽ | Parties ▽ | Search ▽ | Reports ▽ | Letters ▽ | Maintenance ▽ |

| Calendar ▽ | Support | New EFilings | Logout |

## View All Events

New Case

View/Edit Case

Respondent

Petitioner

Other Party

Other Primary Party

Attorney

Bond

Cash Bond

Court Registry

Child Support

Events

Court Setting

Fee/Fine

Installments

Payment

Bill of Cost

Preliminary Court Costs

Case Summary Report

| Cause Number: **24591** | | File Location: |
|---|---|---|

| Court: **25th District Court** | Case Id **49587** | Filing Date: **12/01/2016** |

| Case Type(s) / Re-Opens | Action Date | Disposition Date | Disposition Type |
|---|---|---|---|
| **1. Injury or Damage: Other Injury Damage** | **12/01/2016** | | |

Style:
**BARBARA ORTIZ VS ALFRED SINGER, THE STATE OF TEXAS, TEXAS DEPT.OF PUBLIC SAFETY, SAN FELIPE POLICE DEPT, CITY OF SAN FELIPE, SEALY POLICE DEPT, CITY OF SEALY, COLORADO COUNTY SHERIFF, COLORADO COUNTY, AUSTIN COUNTY SHERIFF,AUSTIN COUNTY, FAYETTE COUNTY SHERIFF, FAYETTE COUNTY**

Enter another Event

View all

| select all | ▼ |

Select

Publish PDF document from multiple images.

### All Events

| # | Type | Date | Description | Image | Pages | Vol/Page | Sealed |
|---|---|---|---|---|---|---|---|
| 1. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED FAYETTE COUNTY SHERIFF | 330658.tif | 2 | | No |
| 2. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED FAYETTE | 330657.tif | 2 | | No |

| | | | COUNTY | | | | |
|---|---|---|---|---|---|---|---|
| 3. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED AUSTIN COUNTY SHERIFF | 330656.tif | 2 | | No |
| 4. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED AUSTIN COUNTY | 330653.tif | 2 | | No |
| 5. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED COLORADO COUNTY SHERIFF | 330652.tif | 2 | | No |
| 6. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED COLORADO COUNTY | 330650.tif | 2 | | No |
| 7. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED SEALY POLICE DEPT | 330649.tif | 2 | | No |
| 8. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED CITY OF SEALY | 330648.tif | 2 | | No |
| 9. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED SAN FELIPE POLICE DEPT | 330646.tif | 2 | | No |
| 10. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED THE CITY OF SAN FELIPE | 330645.tif | 2 | | No |
| 11. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED THE TEXAS DEPT OF PUBLIC SAFETY | 330643.tif | 2 | | No |
| 12. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED THE STATE OF TEXAS | 330642.tif | 2 | | No |
| 13. | CITATION ISSUED | 12/06/2016 | CITATION ISSUED ALFRED SINGER | 330641.tif | 2 | | No |
| 14. | CIVIL CASE INFO SHEET | 12/01/2016 | CIVIL CASE INFO SHEET | 330470.tif | 2 | | No |
| 15. | ORIGINAL PETITION | 12/01/2016 | PLAINTIFF'S ORIGINAL | 330469.tif | 18 | | No |

Case 4:16-cv-03708    Document 1-3    Filed 12/21/16 in TXSD    Page 3 of 3

# PAYMENT DETAILS BY BUREAU

## CERTIFIED PAYMENTS - PRINT RECEIPT

All Transactions Approved

**Bureau: 8784311 - Colorado County, TX District Clerk WEB**

| Invoice Item | Amount | Conv. Fee | Result |
|---|---|---|---|
| :<br>Payment Id: 100145790166 | $21.00 | $1.00 | Approved |
| Total Amounts + All Fees: | $22.00 | | |

## BILLING INFORMATION

Payment will be billed to:
David Iglesias
Card ending in ...1016
Processed at 12/21/2016 10:01:01 AM CST

## LEGAL NOTICE

Certified Payments provides a service for consumers and businesses to make payments via their credit card for various types of services and taxes. By utilizing Certified Payments, you, the cardholder, are subject to the following terms and conditions. By submitting your payment through Certified Payments, you are agreeing to the terms and conditions listed in the Legal Notices link below. Please read all terms and conditions carefully.

**1-866-539-2020**