**List of All Counsel of Record**

### *a. Plaintiff's Counsel of Record*

1.      David G. Gutierrez, Esq.
        State Bar No. 24089801
        310 South St. Mary's, #2100
        San Antonio, Texas 78205
        (210) 503-2800

### *b. Defendants' Counsel[1]*

2.      Larry Simmons
        GERMER, PLLC
        America Tower
        2929 Allen Parkway, Suite 2900
        Houston, Texas 77019
        (713) 830-9864
        Counsel for Fayette County and the Fayette County Sheriff's Office

3.      Eric Magee
        ALLISON, BASS & MAGEE, LLP
        A.O. Watson House
        402 West 12th Street
        Austin, Texas 78701
        (512) 482-0701
        Counsel for Colorado County and the Colorado County Sheriff's Office

4.      Seth Dennis
        THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548
        Austin, Texas 78711
        (512) 463-2080
        Counsel for the State of Texas and the Texas Department of Public Safety

5.      Norman Ray Giles
        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
        24 Greenway Plaza, Suite 1400
        Houston, Texas 77046
        (832) 460-4637
        Counsel for the San Felipe Police Department, the City of San Felipe, the Sealy Police Department, and the City of Sealy

---

[1] No service has been returned for any Defendant as of the time of the filing of this Notice of Removal.

6.      David Iglesias
Hampe & Iglesias, PLLC
102 North College Avenue, Suite 1400
Tyler, Texas 75702
(903) 526-6400, extension 103
Counsel for Austin County and the Austin County Sheriff's Office

7.      It is unknown whether Defendant Alfred Singer has counsel.  Service has not been returned for him.